**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Eugene SPIKER, Defendant–**
**Appellant.**

No. 14–11679
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Nov. 19, 2014.

Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Robert G. Davies, U.S.

---

Attorney's Office, Pensacola, FL, Terry Flynn, U.S. Attorney's Office, Tallahassee, FL, Francis Todd Williams, U.S. Attorney's Office, Gainesville, FL, for Plaintiff–Appellee.

Roland Falcon, Law Office of Roland Falcon, Jacksonville, FL, for Defendant–Appellant.

Before HULL, MARTIN and ROSENBAUM, Circuit Judges.

PER CURIAM:

Roland Falcon, appointed counsel for Robert Spiker, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Spiker's conviction and sentence are **AFFIRMED.**